# Order

Michigan Supreme Court
Lansing, Michigan

January 22, 2010

139164

BRENT CURRY,
        Plaintiff-Appellant,

v

CORNERSTONE BUILDING GROUP, INC.,
        Defendant/Cross-Defendant/
        Third-Party Plaintiff-Appellee,
and

PAC-VAN, INC.,
        Defendant/Cross-Plaintiff,
and

STRAIGHT ARROW MODULAR, L.L.C.,
        Defendant,
and

CONTI ELECTRIC, INC.,
        Third-Party Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139164
COA: 283191
Oakland CC: 2006-077688-NO

On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

Clerk